AO 442 (Rev. 11/11) Arrest Warrant

FID 10549187

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

**RECEIVED APR 10 2018**

United States of America
v.
Brandon Cory Lecroy

Defendant

Case No. 8:18-mj-57

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Brandon Cory Lecroy,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §1958 (murder for hire)

Date: April 10, 2018

_____
Issuing officer's signature

City and state: Greenville, South Carolina

Jacquelyn D. Austin, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) APR 10 2018, and the person was arrested on (date) 04-09-2018
at (city and state) Greenwood, SC

Date: 04-10-2018

Arrested by S/A Smith, FBI
*Arresting officer's signature*

By: Bonnie Walters, Data Analyst
*Printed name and title*