IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 8:18CR480 |
| | ) | 18 U.S.C. § 373(a) |
| | ) | 18 U.S.C. § 1958(a) |
| vs. | ) | |
| | ) | |
| | ) | |
| BRANDON CORY LECROY | ) | INDICTMENT |

COUNT 1

THE GRAND JURY CHARGES:

Between on or about March 19, 2018, and April 9, 2018, in the District of South Carolina and elsewhere, the defendant, BRANDON CORY LECROY, with the intent that a person known to the Grand Jury engage in a felony that has as an element the use, attempted use, or threatened use of physical force against the person of another in violation of the laws of the United States, to wit: a violation of Section 1958 of Title 18 of the United States Code (murder for hire with "FJ" as the target), did solicit, command, induce, and otherwise endeavor to persuade such other person to engage in such conduct under circumstances strongly corroborative of that intent.

In violation of Title 18, United States Code, Section 373(a).

COUNT 2

THE GRAND JURY FURTHER CHARGES:

Between on or about March 19, 2018, and April 9, 2018, in the District of South Carolina and elsewhere, the defendant, BRANDON CORY LECROY, did cause another to travel in interstate commerce, and did use and cause another to use a facility of interstate commerce, that

RECEIVED USDC CLERK, GREENVILLE, SC 2018 MAY -8 PM 12: 11

is, communication by cellular telephone, with intent that murder be committed in violation of the laws of the state of South Carolina as consideration for the receipt of or for a promise or agreement to pay, anything of pecuniary value.

In violation of Title 18, United States Code, Section 1958(a).

A __True__ Bill

FOREPERSON

_____
BETH DRAKE   (WJW/jal)
UNITED STATES ATTORNEY