IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

**UNITED STATES OF AMERICA**

**VS**                                          **CR NO. 8:18-480**

**BRANDON CORY LECROY**

# PLEA

The defendant, **BRANDON CORY LECROY**, having withdrawn his plea of Not Guilty,

pleads **GUILTY** to Count ~~1 and 2~~ 1 of the **Indictment**.

_Brandon Lecroy_
(Signed) Defendant

Greenville, South Carolina
10/23/18