IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 8:18-480 |
| | ) | |
| vs. | ) | |
| | ) | |
| BRANDON CORY LECROY | ) | |

## UNITED STATES' MOTION TO SEAL AND MEMORANDUM IN SUPPORT

NOW COMES the United States of America, by and through its undersigned counsel, pursuant to Local Rule 49.01(B), and moves this Court for permission to file under seal a pre-judgment document.

According to Fourth Circuit case law, a district court "has supervisory power over its own records and may, in its discretion, seal documents. . . ." In re Knight Publ'g Co., 743 F.2d 231, 235 (4th Cir. 1984).

Wherefore, the Government moves this Honorable Court to permit sealing of a pre-judgment matter.

Respectfully submitted,

SHERRI A. LYDON
UNITED STATES ATTORNEY


s/William J. Watkins, Jr.
BY: WILLIAM J. WATKINS, JR.
Assistant U.S. Attorney
Federal I.D. No: 7863