IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 8:18-480 |
| | ) | |
| vs. | ) | |
| | ) | |
| BRANDON CORY LECROY | ) | |

## ORDER GRANTING PERMISSION TO SEAL

The United States of America has moved this Court for permission to file under seal a pre-judgment document. Based on review of the motion and document to be filed under seal, the Court hereby grants the Motion to Permit Sealing.

IT IS SO ORDERED

                                                    s/Bruce H. Hendricks
                                                    BRUCE H. HENDRICKS
                                                    UNITED STATES DISTRICT JUDGE

__February 11, 2019____
Greenville, SC