IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

# NOTICE
SENTENCE HEARING



## FOR THE HONORABLE BRUCE HOWE HENDRICKS
## UNITED STATES DISTRICT JUDGE

**PLEASE TAKE NOTICE** that the following defendants have been scheduled for Revocation Hearing or Sentencing Hearing at the Clement F. Haynsworth Federal Building, 300 E. Washington Street, Greenville, South Carolina, Courtroom 1, on:

# Thursday, April 11, 2019 at 10:00A.M.

*PLEASE CONTACT* Fred Bostic, Courtroom Deputy, at (864.241.2750):
(1) for all questions regarding scheduling;
(2) **and if you wish to meet with Judge Hendricks prior to Sentencing and do not have a previously scheduled meeting.  Do not come to chambers without first contacting Fred.**

At the direction of the Court
ROBIN L. BLUME, CLERK
U.S. DISTRICT COURT

---

| Case | Defendant | Counsel |
|---|---|---|
| 6:17-93-3 | Tyler James Durney<br>Surety | Leesa Washington, AUSA<br>Mark Moore, RET<br>William Wilkins, RET |
| 8:18-480-1 | Brandon Cory LeCroy<br>Custody | William Waktins, AUSA<br>Erica Soderdahl, AFPD |
| 7:18-39-16<br>**Interpreter** | Gonzalo Toribio-Gomez<br>Custody | Leesa Washington, AUSA<br>Steven Hisker, CJA |
| 7:18-39-14<br>**Interpreter** | Martha Zambrano Soriano<br>Custody | Leesa Washington, AUSA<br>Hanna R. Metcalfe, CJA |