IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENWOOD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 8:18-480 (BHH) |
| -v- ) | |
| ) | |
| BRANDON CORY LECROY ) | |

## NOTICE OF APPEAL

Notice is hereby given that, BRANDON CORY LECROY, defendant named above, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the judgment and sentence entered in this action before The Honorable BRUCE HOWE HENDRICKS, United States District Judge on the 2nd day of May, 2019.

                                                                                                                                                   s/*Erica M. Soderdahl*
                                                Erica M. Soderdahl
                                                Assistant Federal Public Defender
                                                75 Beattie Place, Suite 950
                                                Greenville, SC 29601
                                                (864) 235-8714

May 13, 2019

Greenville, South Carolina