FILED: May 14, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-4340
(8:18-cr-00480-BHH-1)
_____

UNITED STATES OF AMERICA

 Plaintiff - Appellee

v.

BRANDON CORY LECROY

 Defendant - Appellant

_____

O R D E R

_____

The court appoints the Federal Defender for the District of South Carolina to represent appellant in this case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk